UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OCEAN PEACE INC,<br><br>        Plaintiff,<br><br>   v.<br><br>CHRISTOPHER NEITZ-RAMOS,<br><br>        Defendant. | Case No. C19-624 JLR-MLP<br><br>ORDER |

Before the Court is the parties' stipulated motion for a stay of this matter pending the resolution of a lawsuit in King County Superior Court, *Christopher Neitz-Ramos v. Ocean Peace, Inc.*, Cause No. 19-2-16661-4, or further motion of the parties. (Dkt. # 11.) Based on the stipulation of the parties, the Court ORDERS that the stipulated motion (dkt. # 11) is GRANTED. It is furthered ORDERED that Defendant's motion to dismiss (dkt. # 5) is STRICKEN, without prejudice, as MOOT per the parties' stipulation.

The parties are directed to provide the Court with joint status reports regarding the progress of the pending state matter every six months, with the first report due January 13, 2020. The parties shall provide notice to the Court immediately upon the resolution of the pending state court matter.

ORDER - 1

The Clerk is directed to send copies of this order to the parties and to the Honorable James L. Robart.

Dated this 12th day of July, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2