HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| OCEAN PEACE, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER NEITZ-RAMOS, individually,<br><br>Defendant. | AT LAW AND IN ADMIRALTY<br><br>No. 2:19-cv-00624-JLR-MLP<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER OF DISMISSAL |

## STIPULATION

Plaintiff Ocean Peace, Inc. and Defendant Christopher Neitz-Ramos hereby stipulate and agree through counsel that all claims asserted in this action have been settled and should be dismissed with prejudice and without costs or attorneys' fees to any party.

DATED this 13th day of January, 2020.

| LE GROS BUCHANAN & PAUL | KRAFT DAVIES, PLLC |
|---|---|
| By: *David C. Bratz*<br>By: *Daniel J. Park*<br>DAVID C. BRATZ, #15235<br>DANIEL J. PARK, WSBA #43748<br>Attorneys for Plaintiff Ocean Peace, Inc. | By: *Marissa A. Olsson*<br>By: *Robert M. Kraft*<br>By: *Richard J. Davies*<br>Marissa A. Olsson, WSBA #43488<br>Robert M. Kraft, WSBA #11096<br>Richard J. Davies, WSBA #25365<br>Attorneys for Defendant C. Neitz-Ramos |

{28945-00575252;1}
STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL – PAGE 1
No. 2:19-cv-00624-MLP

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

## ORDER

It is so ordered.

DATED this 14th day of January, 2020.

_____
Honorable James. L. Robart
UNITED STATES DISTRICT JUDGE

{28945-00575252;1}
STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL – PAGE 2
No. 2:19-cv-00624-MLP

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990